AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHN CHRISTOPHER HUGHES,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 123-050

LEWIS GEDDIE and WARDEN KARL FORT,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated August 15, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's case is dismissed without prejudice, and this civil action stands closed.



August 15, 2023                                              John E. Triplett, Clerk of Court
*Date*                                                                             *Clerk*

                                                                                          *(By) Deputy Clerk*

GAS Rev 10/2020